**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LINDSAY FRANCZYK, | : | No. 315 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE HOME DEPOT, INC. D/B/A HOME | : | |
| DEPOT, PHILIP ROGERS, AND THOMAS | : | |
| MASON, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

   (1)   Where an employee suffers a workplace injury fairly attributable to a non-employer third party, is the employee precluded by 77 P.S. § 481's exclusive remedy provision from bringing a tort claim against the employer for affirmative conduct that impedes the employee's ability to seek relief against the third-party?

   (2)   Does the Superior Court's decision in this case conflict with its decision in *Kalik v. Mash*, 982 A.2d 85 (Pa. Super. 2009)?